UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALPHA DORIS D. LASSITER and
KENNETIH C. LASSITER

    Plaintiffs,

vs,

CITY OF BREMERTON, et al.,

    Defendants.

C03-5166RJB

**MINUTE ORDER**

NOW, on this 6th of July, 2005, the Court directs the Clerk to enter the following Minute Order:

    For the reasons stated in the court's oral opinion, defendants' Motion for Summary Judgment (Dkt. 56) is GRANTED as to the following claims, and these claims are dismissed: plaintiff's state claim for slander of title, plaintiff's state claim for invasion of privacy, plaintiff's state claim under RCW 4.24.630, plaintiff's state claim under RCW 64.40, plaintiff's eminent domain claim under the Washington and federal constitutions, plaintiff's claim pursuant to 42 U.S.C. s 1986, and plaintiff's claim pursuant to 42 U.S.C. s 1982. The court's ruling on plaintiff's claims under 42 U.S.C. s 1983 and 42 U.S.C. s 1985 is reserved, subject to further briefing as follows: Plaintiff may file further briefing, including any further evidentiary support, by July 14, 2005. Defendants may submit a response, including any further evidentiary support, by July 26, 2005. Plaintiff may file a reply, including any further evidentiary support, by July 28, 2005. The remaining claims in defendants' Motion for Summary Judgment (Dkt 56) are noted for consideration on the court's July, 29, 2005 calendar. Defendants' Motion for Summary Judgment (Dkt. 56) is DENIED as to plaintiff's claim for injunctive relief to remove the Certificate of Dangerous Building from the auditor's records.

    The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge.

    /s/ Dara L. Kaleel
    Dara L. Kaleel, Deputy Clerk

Case 3:03-cv-05166-RJB    Document 71    Filed 07/06/05    Page 2 of 2