Hon. Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALPHA DORIS D. LASSITER and
KENNETH C. LASSITER,

      Plaintiffs,

  v.

CITY OF BREMERTON, a municipal corporation; JANET LUNCEFORD, Code Enforcement Officer, in her individual capacity, JANET & KENNETH LUNCEFORD, a marital community; LYNN S. HORTON, f/k/a Lynn A. Hoare, Former Mayor of Bremerton in her individual capacity, LYNN S. HORTON & FRANK A. HORTON, f/k/a Frank A. Hoare, a marital community; ALLISON DUKE III, Fire Chief of Bremerton, in his individual capacity, and AMARILIS DUKE & ALLISON DUKE III, a marital community,

      Defendants.

No. C03-5166RJB

**STIPULATION & ORDER MODIFYING BRIEFING SCHEDULE**

The parties advise the court as follows:

1. On June 30, 2005, this court advised the parties telephonically of its decision on defendants' motion for summary judgment. The transcript of that oral decision was prepared by July 5, 2005. As the court is aware, the court sought additional briefing from the parties on certain issues, beginning with a brief from plaintiffs due July 14, 2005.

2. On July 1, 2005, Dennis Reynolds, attorney of record for the Lassiters and the attorney who participated in the June 30, 2005, conference call, was hospitalized and is

---

**STIPULATION & ORDER MODIFYING BRIEFING SCHEDULE (C03-5166RJB) — 1**

SEA 1669013v1 64385-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

now on extended medical leave.

3. From July 5, through July 12, 2005, Alan Middleton, the Lassiters' primary trial counsel, was on vacation and unavailable.

4. To permit adequate time for plaintiffs to prepare the requested briefing, the parties stipulate to entry of an order modifying the briefing schedule initially established by the court. Specifically:

    a. Plaintiffs' opening brief shall be served and filed by Monday, July 18, 2005.

    b. Defendants' response brief shall be served and filed by July 27, 2005.

    c. Plaintiffs' reply, if any, shall be served and filed by July 28, 2005 (the original date).

DATED this 14th day of July, 2005.

    Davis Wright Tremaine LLP
    Attorneys for Plaintiffs


    By /s/ Alan S. Middleton
      Dennis D. Reynolds, WSBA No. 04762
      Alan S. Middleton, WSBA No. 18118
      1501 Fourth Avenue, Suite 2600
      Seattle, WA 98101-1688
      Telephone: (206) 903-3967
      Fax: (206) 628-7699
      E-mail: dennisreynolds@dwt.com; alanmiddleton@dwt.com

    Law Office of David P. Horton, Inc., P.S.
    Attorneys for Defendants


    By /s/ David P. Horton
      David P. Horton, WSBA No. 27123
      3212 NW Byron St., Suite 104
      Silverdale, WA 98383
      Telephone: (360) 692-9444
      Fax: (360) 692-1257
      E-mail: dhorton@davidhortonlaw.com

**STIPULATION & ORDER MODIFYING BRIEFING SCHEDULE (C03-5166RJB) — 2**
SEA 1669013v1 64385-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

**IT IS SO ORDERED.**

DATED this 14th day of July, 2005.

_____
ROBERT J. BRYAN
United States District Judge

**STIPULATION & ORDER MODIFYING BRIEFING SCHEDULE (C03-5166RJB) — 3**

SEA 1669013v1 64385-2

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699