1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

7

ALPHA DORIS D. LASSITER and
KENNETH C. LASSITER,

                Plaintiffs,

   vs.

CITY OF BREMERTON, a municipal corporation; JANET LUNCEFORD, Code Enforcement Officer, in her individual capacity; JANET & KENNETH LUNCEFORD, a marital community; LYNN S. HORTON, f/k/a Lynn A. Hoare, Former Mayor of Bremerton in her individual capacity; LYNN S. HORTON & FRANK A. HORTON, f/k/a Frank A. Hoare, a marital community; ALLISON DUKE III, Fire Chief of Bremerton, in his individual capacity; and AMARILIS DUKE & ALLISON DUKE III, a marital community,

                Defendants.

Case No.:  CO3-5166RJB

STIPULATION AND ORDER MODIFYING CASE SCHEDULE RE MOTIONS IN LIMINE

    Come Now the Parties by and through their respective counsel and by stipulation move the Court for an Order extending the deadline for filing Motions in Limine currently set for August 2, 2005.

**STIPULATION**

    1. Defendants have brought a motion for summary judgment on all claims.

    2. In an oral decision on June 30, 2005 the Court granted defendants' motion with respect to several of plaintiffs' claims but asked for additional briefing on plaintiffs' 42 USC

STIPULATION AND ORDER MODIFYING CASE
SCHEDULE RE MOTIONS IN LIMINE - 1-

LAW OFFICE OF DAVID P. HORTON, INC. PS
3212 NW Byron Street  Suite 104, Silverdale, WA 98383
Tel (360) 692 9444  Fax (360) 692 1257

1  §1983 and § 1985 claims.  The Court set a briefing schedule which concludes today.  The

2  Motion for Summary Judgment was noted on the Court's July 29, 2005 calendar for

3  consideration.

4      3.  The Court had previously set August 2, 2005 as the deadline to file Motions in

5  Limine.

6      4.  The parties agree that some, or all, of their planned motions in limine could be

7  mooted in part, or whole, by the Court's further rulings on Summary Judgment.

8      5.  The parties request the Court to extend the deadline to file motions in limine to

9  August 9, 2005.

    DATED this 28th day of July, 2005.

LAW OFFICE OF DAVID P. HORTON, INC. P.S.

By: */s/ David P. Horton*
David P. Horton, WSBA #27123
Co-Counsel for Defendants
3212 NW Byron Street, Suite 104
Silverdale, Washington  98383
(360) 692-9444
Facsimile (360) 692-1257
dhorton@davidhortonlaw.com

DAVIS WRIGHT TREMAINE LLP

By:  */s/ Alan S. Middleton*
Dennis D. Reynolds, WSBA No. 04762
Alan S. Middleton, WSBA No. 18118
Counsel for Plaintiffs
1501 Fourth Avenue, Suite 2600
Seattle, WA  98101-1688
(206) 903-3967
Facsimile (206) 628-7699
dennisreynolds@dwt.com
alanmiddleton@dwt.com

STIPULATION AND ORDER MODIFYING CASE
SCHEDULE RE MOTIONS IN LIMINE - 2-

LAW OFFICE OF DAVID P. HORTON, INC. PS
3212 NW Byron Street  Suite 104, Silverdale, WA 98383
Tel (360) 692 9444  Fax (360) 692 1257

**ORDER**

It is ORDERED that the deadline to file motions in limine is extended to August 9, 2005.

DATED this 28th day of July, 2005

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2005, I electronically filed the Stipulation And Proposed Order Modifying Case Schedule Re Motions In Limine and this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Charles E. Maduell, Dennis Dean Reynolds, Alan Scott Middleton and Darlene Piper.

DATED this 28th day of July, 2005.

LAW OFFICE OF DAVID P. HORTON, INC. P.S.

By: */s/ David P. Horton*
David P. Horton, WSBA #27123
Co-Counsel for Defendants
3212 NW Byron Street, Suite 104
Silverdale, Washington  98383
(360) 692-9444
Facsimile (360) 692-1257
dhorton@davidhortonlaw.com

STIPULATION AND ORDER MODIFYING CASE SCHEDULE RE MOTIONS IN LIMINE - 3-

LAW OFFICE OF DAVID P. HORTON, INC. PS
3212 NW Byron Street  Suite 104, Silverdale, WA 98383
Tel (360) 692 9444  Fax (360) 692 1257